NO. 07-12-0466-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

DECEMBER 28, 2012

———————————————

JACQUELINE A. BAILEY,

Appellant

v.

TEXAS WORKFORCE COMMISSION,

Appellee

———————————————

FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY;

NO. C-1-CV-11-009239; HONORABLE J. DAVID PHILLIPS, PRESIDING

———————————————

***On Motion to Dismiss***

———————————————

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellant Jacqueline A. Bailey has filed a motion to dismiss her appeal, signed by appellant's attorney, based on the Texas Supreme Court's holding in *Prairie View A&M Univ. v. Chatha,* 381 S.W.3d 500 (Tex. 2012), that compliance with mandatory statutory requirements for filing a lawsuit against governmental entities is a jurisdictional matter. Dismissal of appellant's appeal will not prevent her from seeking relief to which she is entitled.

Without passing on the merits of the case, we grant the motion to dismiss with prejudice pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal.

Having dismissed the appeal at appellant=s request, no motion for rehearing will be entertained, and our mandate will issue forthwith.


Per Curiam